UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FREDERICK DECKER,

                                          **Plaintiff,**

                         **v.**                                     **8:09-CV-908**
                                                                      **(FJS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY,**

                                          **Defendant.**
_____

**APPEARANCES**                                             **OF COUNSEL**

**OFFICE OF ANTHONY B. LAMB**         **ANTHONY B. LAMB, ESQ.**
300 Cornerstone Drive #335
Williston, Vermont 04595
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **DENNIS J. CANNING, ESQ.**
**OFFICE OF REGIONAL GENERAL**         **ELLEN E. SOVERN, ESQ.**
**COUNSEL, REGION II**                       **JOANNE JACKSON, ESQ.**
26 Federal Plaza, Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

       On August 7, 2009, Plaintiff commenced this action seeking judicial review of

Defendant's final decision pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3).  *See* Dkt. No. 1.

Defendant submitted his answer on December 21, 2009.  *See* Dkt. No. 8.  Plaintiff filed a brief in

support of his complaint on February 22, 2010, *see* Dkt. No. 12; and Defendant filed his brief in

opposition on May 3, 2010, *see* Dkt. No. 15.  On November 28, 2011, Magistrate Judge

Bianchini issued a Report and Recommendation, in which he recommended that the Court grant

Defendant's motion for judgment on the pleadings and deny Plaintiff's motion for judgment on the pleadings. *See* Dkt. No. 18. Plaintiff filed objections to those recommendations. *See* Dkt. No. 19.

In reviewing a magistrate judge's report-recommendation, the district court may decide to accept, reject or modify the recommendations therein. *See* 28 U.S.C. § 636(b)(1). The court conducts a *de novo* review of the magistrate judge's recommendations to which a party objects. *See Pizzaro v. Bartlett*, 776 F. Supp. 815, 817 (S.D.N.Y. 1991). """If, however, the party makes only conclusory or general objections, or simply reiterates his original arguments, the Court reviews the Report and Recommendation only for clear error.""" *Salmini v. Astrue*, No. 3:06-CV-458, 2009 WL 1794741, *1 (N.D.N.Y. June 23, 2009) (quoting [*Farid v. Bouey*, 554 F. Supp. 2d 301] at 306 [(N.D.N.Y. 2008)] (quoting *McAllan v. Von Essen*, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007))). Finally, even if the parties file no objections, the court must ensure that the face of the record contains no clear error. *See Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (quotation omitted).

The Court has conducted a *de novo* review of Magistrate Judge Bianchini's Report and Recommendation in light of Plaintiff's objections and, despite Plaintiff's arguments to the contrary, concludes that Magistrate Judge Bianchini correctly found that the ALJ had applied the appropriate legal standards and that the ALJ's findings were supported by substantial evidence. Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's November 28, 2011 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**; and the Court further

**ORDERS** that Defendant's decision is **AFFIRMED**; and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED in its entirety**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

Dated: March 28, 2012
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge