# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Frederick Decker**
        Plaintiff

vs.                           **CASE NUMBER: 8:09-CV-908 (FJS/VEB)**

**Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ACCEPTED in its entirety, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED. The Commissioner of Social Security's decision is AFFIRMED and plaintiff's Complaint is DISMISSED in its entirety. Judgment is hereby entered in favor of the defendant and this case is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 28th day of March, 2012.

DATED: March 28, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk